[No. 4523–4–III.   Division Three.   April 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY J. PAXTON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–1–00033–4, Cameron K. Hopkins, J. Pro Tem., entered April 9, 1981. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and McInturff, JJ.

[No. 11611–8–I.   Division One.   April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS LEE COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02918–0, Robert E. Dixon, J., entered April 13, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Andersen, C.J., and Corbett, J.

[No. 11031–4–I.   Division One.   April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS CHARLES LOCKREM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00643–1, Stephen M. Reilly, J., entered November 3, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, J., Scholfield, J., dissenting.